# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

## SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JERRY H. RITTER

Caption:   *Jenkins v. City of Las Vegas et al*
           **CV 19-0656 JAP/JHR**

Date & Time:   **Thursday, August 27, 2020, at 9:00 a.m.**

Appearances for Plaintiffs:            Appearances for Defendants:

Merit Bennett                          Renni Zifferblatt


Plaintiff In Attendance:               Defendants In Attendance:

Kenneth Jenkins                        Glenda Sanchez


Others Attending:




__x__ Case settled.   Per order filed concurrently, closing documents due on_____.

____ Case did not settle.

____ Settlement efforts to be continued on_____at_____.

__x__ Telephonic Proceedings (AT&T); Time in Court and on calls with Counsel = 8.5 hours.