IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH JENKINS,

    Plaintiff,

v.                                            Case No. 1:19-cv-00656-JAP-JHR

THE CITY OF LAS VEGAS, *et. al.*,

    Defendants.

## JOINT MOTION TO DISMISS DEFENDANT CITY OF LAS VEGAS WITH PREJUDICE

COMES NOW the Defendant City of Las Vegas, by and through its attorneys, Jeffrey L. Baker and Renni Zifferblatt (The Baker Law Group), and Plaintiff Kenneth Jenkins, by and through his attorney, Merit Bennett, and hereby stipulate to a dismissal with prejudice of any and all of Plaintiff's claims against Defendant City of Las Vegas, including those claims asserted in Plaintiff's First Amended Complaint, or that could have been asserted against this Defendant or its agents.

                                            Respectfully submitted:

                                            THE BAKER LAW GROUP

                                            */s/ Renni Zifferblatt*
                                            Jeffrey L. Baker
                                            Renni Zifferblatt
                                            20 First Plaza, Ste 402
                                            Albuquerque, NM 87102
                                            (505) 247-1855
                                            jeff@thebakerlawgroup.com
                                            renni@thebakerlawgroup.com
                                            *Attorneys for the Defendants*

BENNETT LAW GROUP LLC

/s/ *Merit Bennett*
Merit Bennett
460 Saint Michael's Drive Suite 703
Santa Fe, New Mexico 87505
(505) 983-9834
mb@thebennettlawgroup.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

       I, Renni Zifferblatt, do hereby certify that a true copy of the foregoing was provided to counsel of record on this 28th day of September 2020 via the CM/ECF filing system. A courtesy copy was also emailed on this date to Merit Bennett at: mb@thebennettlawgroup.com.

*/s/ Renni Zifferblatt*
Renni Zifferblatt