**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**KENNETH JENKINS,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**No. 1:19-cv-00656-JAP-JHR**

**CITY OF LAS VEGAS, et. al.,**

      **Defendants.**

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants City of Las Vegas, Tonita Gurule-Giron, Ann Marie Gallegos and Richard Trujillo, by and through their attorneys of record, The Baker Law Group (Jeffrey L. Baker, Esq. and Renni Zifferblatt, Esq.), notify the Court of their compliance with the Order that closing documents are to be filed within thirty (30) days of the entry of said Order [Doc No. 80]: a Settlement Agreement has been signed among the parties, the settlement check has been delivered to Plaintiff's counsel, and motions ([Doc No 81] and [Doc No 82]) and orders of dismissal have been submitted to the Court.

Respectfully submitted,

THE BAKER LAW GROUP

By: */s/ Renni Zifferblatt*
Jeffry L. Baker
Renni Zifferblatt
20 First Plaza NW, Suite 402
Albuquerque, NM 87102
Telephone: (505) 247-1855
Facsimile: (505) 766-9113
Emails: jeff@thebakerlawgroup.com
renni@thebakerlawgroup.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2020, the foregoing was filed through the CM/ECF electronic court filing system for the United States District Court for the State of New Mexico, which caused the following counsel of record for Plaintiff Kenneth Jenkins to be served by electronic means, and a courtesy copy was also sent to Plaintiff's attorney, Merit Bennet via email at the following: mb@thebennettlawgroup.com

*/s/ Renni Zifferblatt*
Renni Zifferblatt